**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

LARRY B. ZIEGLER
REG #20513-009                                                                                                PLAINTIFF

V.                                            2:05CV00189 JTR

JACKIE PRINCE, Medical Officer,
FCI, Forrest City, Arkansas; and
S. CANTRELL, Correctional Officer                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's June 28, 2006 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 9th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE